IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **R.F. TECHNOLOGIES, INC.**, an Illinois Corporation, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 17 C 1886 |
| **LeCLAIR RYAN, P.C.**, a Virginia Professional Corporation, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Coplaintiffs R.F. Technologies, Inc. and Bob Noorian, together with Greenberg Traurig, LLP ("GT"), one of the defendants in this action, have filed a "Joint Stipulation To Dismiss the Complaint Against GT With Prejudice and Without Costs" (the "Stipulation To Dismiss," Dkt. No. 38) and a "Joint Motion for a Good Faith Finding" (the "Joint Motion," Dkt. No. 37), with the Joint Motion being tendered pursuant to the Illinois Joint Tortfeasor Contribution Act, 740 ILCS 100/1 et seq. (the "Contribution Act"). This Court has given full consideration to both of those filings, and it finds:

1. As for the Stipulation To Dismiss, it is the product of arms'-length settlement negotiations between the parties and appears to be a perfectly reasonable resolution of the dispute between the coplaintiffs and GT.

2. As for the Joint Motion, it too appears highly persuasive in explaining the good faith predicate for the requested finding under the Contribution Act.

It is nonetheless true, as Joint Motion ¶ 8 sets out, that codefendants LeClair Ryan, P.C. and Thomas O'Leary should have the opportunity to challenge the just-stated tentative conclusions. Accordingly those codefendants are given leave to file such a challenge on or before August 17, 2017 failing which this Court anticipates granting the Joint Motion.[1]

_____
 Milton I. Shadur
 Senior United States District Judge

Date: August 3, 2017

---

[1] If those codefendants do not wish to mount such a challenge, this Court would appreciate their filing a statement to that effect as a matter of courtesy.