IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R.F. TECHNOLOGIES, INC., an Illinois Corporation, and BOB NOORIAN, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> LECLAIR RYAN, P.C., a Virginia professional Corporation, and THOMAS O'LEARY, Individually, <br><br> Defendants. <br><br> LECLAIR RYAN, P.C., a Virginia professional corporation, and THOMAS O'LEARY, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> MARK C. GOLDENBERG and GOLDENBERG HELLER & ANTOGNOLI, P.C. <br><br> Third-Party Defendants. | Case No. 1:17-cv-01886 |

**PROOF OF SERVICE OF DISCOVERY DOCUMENTS**

TO:   Joseph R. Marconi / marconij@jbltd.com      Amir R. Tahmassebi / amir@konicekdillonlaw.com
       Victor J. Pioli / pioliv@jbltd.com           Andrew M. Cook / acook@konicekdillonlaw.com
       Ava Caffarini / acaffarinia@jbltd.com        Konicek & Dillon, P.C.
       Johnson & Bell                               21 West State Street
       33 West Monroe St., Suite 2700               Geneva, IL 60134
       Chicago, IL 60603-5404

**PLEASE TAKE NOTICE THAT** on **December 13, 2018**, we served Defendants/Third Party Plaintiffs' Answers to Third Party Defendants' First Set of Interrogatories.

                                        Defendants / Third Party Plaintiffs, LECLAIR
                                        RYAN, P.C. and THOMAS O'LEARY

                        By:    */s/ Peter D. Sullivan*
                                One of Their Attorneys

Peter D. Sullivan / #6481940 / psullivan@hinshawlaw.com
Leigh Bonsall / #6302440 / lbonsall@hinshawlaw.com
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
312-704-3000

**CERTIFICATE OF SERVICE**

I hereby certify that on Thu, Dec 13, 2018, the forgoing Proof of Service of Discovery Documents was electronically filed with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served upon all parties of record.

                                        */s/ Peter D. Sullivan*
                                           Peter D. Sullivan