# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

R.F. Technologies, Inc., et al.

                                    Plaintiff,

v.                                                               Case No.: 1:17−cv−01886
                                                                           Honorable Sara L. Ellis

Thomas O'Leary, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 1, 2019:

        **MINUTE** entry before the Honorable Sara L. Ellis: Status hearing held. Counsel appeared and reported to the Court that the parties have reached a resolution and need time to finalize it. Status hearing set for 9/19/2019 at 1:30 p.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.